UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA SMITH,<br><br>   Plaintiff,<br><br> v.<br><br>MONTEREY MUSHROOMS, LLC,<br><br>   Defendant. | Case No. 25-cv-08213-NC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the Court will review for consideration of whether the case is related to 25-cv-08237 NC, *Gregory Hanley v. Monterey Mushrooms LLC*.

**IT IS SO ORDERED.**

Dated: September 29, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge